1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 KEYAN SHU and XIAN JUN FAN,            )
                                          ) No. C 06-6463 MEJ
13            Plaintiffs,                 )
                                          )
14       v.                               )
                                          ) **STIPULATION TO DISMISS; AND**
15 MICHAEL CHERTOFF, Secretary of the     ) **[PROPOSED] ORDER**
   Department of Homeland Security;       )
16 EMILIO T. GONZALEZ, Director, United States )
   Citizenship and Immigration Services;  )
17 FRANCIS D. SICILIANO, Officer-in-Charge, )
   San Jose Sub Office, U.S. Citizenship and )
18 Immigration Services;                  )
   ROBERT S. MUELLER, Director of Federal )
19 Bureau of Investigation,               )
                                          )
20            Defendants.                 )
                                          )
21 

22     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

24 above-entitled action without prejudice in light of the fact that the United States Citizenship and

25 Immigration Services is now prepared to adjudicate Plaintiffs' applications for naturalization and

26 agrees to do so within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stip. Dismissal
C06-6463 MEJ                              1

| | | |
|---|---|---|
| 1 | Dated: December 5, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Dated: December 5, 2006 | _____/s/_____<br>JUSTIN X. WANG |
| 9 | | Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 8, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

[GRANTED — Judge Maria-Elena James — United States District Court, Northern District of California seal]

Stip. Dismissal
C06-6463 MEJ                                                2